■ In the Matter of STANLEY E. MICHELS, Petitioner, v FREDERIC M. UMANE et al., Respondents, and ANGELICA AQUINO, Appellant. In the Matter of ANGELICA AQUINO, Appellant, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents. [661 NYS2d 962] —Judgments, Supreme Court, New York County (Sheila Abdus-Salaam, J.), entered August 20, 1997, unanimously affirmed for the reasons stated by Abdus-Salaam, J., without costs or disbursements. Even if we were to find that the petition was not permeated with fraud, there was still an insufficient number of signatures. No opinion. Concur—Rubin, J. P., Williams, Tom, Andrias and Colabella, JJ.